UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARIUS RUSH,

                Plaintiff,                             Case No. 2:25-cv-10567

v.                                          Honorable Susan K. DeClercq
                                               United States District Judge

IRS DEPARTMENT OF TREASURY,

                Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 22),
GRANTING DEFENDANT'S MOTION TO DISMISS (ECF No. 17), AND
DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1)**

On February 26, 2026, Magistrate Judge Patricia T. Morris recommended the

dismissal of *pro se* Plaintiff Darius Rush's complaint for failure to state a claim upon

which relief may be granted. ECF No. 22. Judge Morris provided 14 days to object,

*Id.* at PageID.108–09, but Rush did not do so. Thereby, Rush forfeited his right to

appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th

Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, having

reviewed the report and recommendation and the parties' filings, this Court agrees

with Judge Morris's recommendation and finds no clear error. As a result, the report

will be adopted in full.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 22, is **ADOPTED**, and that Defendant's Motion to Dismiss, ECF No. 17, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is therefore **DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes the above-captioned case**.

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 10, 2026